IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ERIK PETERSON,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Comissioner of
Social Security

        Defendant.

Civil No. 10-138-JE

ORDER

MARSH, Judge.

    Magistrate Judge John Jelderks filed his Findings and Recommendation on March 2, 2011.  The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation #14.  The Commissioner's decision is AFFIRMED;

1 - ORDER

this action is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this  28   day of March          , 2011.

                                      /s/ Malcolm F. Marsh  
                                      Malcolm F. Marsh  
                                      United States District Judge